**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF TEXAS**

**WACO DIVISION**

**FILED**
June 11, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ lad _____
DEPUTY

| | | |
|---|---|---|
| Marc Steven Luxemburg | § | |
|   Plaintiff | § | |
| | § | Civil Action No. 6:26CV372 |
| | | CRW-DTG |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| ALEXIS MARTIN | § | |
| d/b/a/ SKULLANDCORD | § | |
|   Defendant | § | |

---

## PLAINTIFF'S COMPLAINT FOR COPYRIGHT INFRINGEMENT

Plaintiff Marc Steven Luxemburg, appearing pro se, files this Complaint for Copyright Infringement against Defendant Alexis Martin d/b/a SKULLANDCORD and alleges as follows:

### I. NATURE OF ACTION

1. This is a civil action for copyright infringement under the Copyright Act, 17 U.S.C. §§ 101 et seq.

2. Plaintiff owns registered copyrighted photographs depicting Plaintiff's original paracord paratrooper products.

3. Defendant operates, controls, or is associated with an Etsy storefront using the name "SKULLANDCORD."

4. Defendant copied, reproduced, displayed, distributed, and commercially used Plaintiff's copyrighted photographs without authorization.

1

5. Defendant used Plaintiff's photographs, including altered, modified, and/or mirrored versions, to advertise and sell products through the Etsy marketplace.

6. Etsy removed at least one infringing photograph after receiving Plaintiff's copyright infringement notice.

7. Defendant thereafter continued using additional unauthorized photographs or substitute images associated with Plaintiff's copyrighted product imagery.

8. Plaintiff does not presently know Defendant's true legal name, residence, business address, or service address.

9. Plaintiff intends to seek early discovery from Etsy, Inc. to identify Defendant and obtain information necessary to serve process.

## II. JURISDICTION AND VENUE

10. This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a) because this action arises under federal copyright law.

11. This Court has authority to grant relief under 17 U.S.C. §§ 501, 502, 503, 504, and 505.

12. Venue is proper under 28 U.S.C. § 1400(a) because Defendant's infringing materials were displayed, distributed, and made available online throughout the United States, including within this District.

13. Venue is also proper under 28 U.S.C. § 1391 because Defendant conducted commercial activity through an interactive online marketplace accessible in this District.

14. Personal jurisdiction exists because Defendant purposefully used Etsy to advertise, display, offer for sale, and sell products to consumers in the United States, including Texas, and Defendant's infringing conduct caused harm to Plaintiff in Texas.

## III. PARTIES

15. Plaintiff Marc Steven Luxemburg is an individual residing in Texas.

16. Plaintiff owns the copyrighted photographs at issue.

17. Defendant Alexis Martin d/b/a "SKULLANDCORD" is an individual, business, operating in Sacramento, CA, or entity whose true legal identity is presently unknown.

18. Defendant operates, controls, or is responsible for an Etsy storefront under the name "SKULLANDCORD."

19. Defendant's true name, physical address, email address, payment information, and service address are believed to be in the possession, custody, or control of Etsy, Inc.

20. Plaintiff will seek leave to issue a subpoena to Etsy, Inc. for information sufficient to identify Defendant and serve process.

## IV. COPYRIGHTED WORKS

21. Plaintiff created original photographs depicting Plaintiff's paracord paratrooper products.

22. The photographs are original works of authorship fixed in a tangible medium of expression.

23. Plaintiff registered the copyrighted photographs with the United States Copyright Office.

24. Copyright Registration Number(s): **VA-2-505-874**.

25. Plaintiff is the owner of all exclusive rights in the copyrighted photographs, including the rights to reproduce, distribute, publicly display, and prepare derivative works.

26. Defendant had no license, permission, consent, or authorization to use Plaintiff's copyrighted photographs.

3

## V. FACTUAL ALLEGATIONS

27. Plaintiff created and owns photographs depicting Plaintiff's paracord paratrooper product displays.

28. Plaintiff used those photographs in connection with Plaintiff's own business, marketing, and public display of Plaintiff's products.

29. Defendant operated or controlled the Etsy storefront "SKULLANDCORD."

30. Defendant displayed Plaintiff's copyrighted photographs on the Etsy storefront.

31. Defendant used Plaintiff's copyrighted photographs for commercial purposes, including advertising and promoting competing or copycat products.

32. At least one photograph used by Defendant was a mirrored, reversed, altered, modified, or derivative version of Plaintiff's original copyrighted photograph.

33. Defendant's alteration of the photograph did not create an independent work and did not eliminate Plaintiff's copyright ownership.

34. Defendant did not request permission to use Plaintiff's copyrighted photographs.

35. Plaintiff did not authorize Defendant to reproduce, modify, display, distribute, or exploit Plaintiff's copyrighted photographs.

36. Plaintiff submitted a copyright infringement notice to Etsy concerning Defendant's unauthorized use.

37. Etsy removed at least one infringing photograph after receiving Plaintiff's copyright notice.

4

38. After removal of at least one infringing photograph, Defendant continued using other photographs or substitute imagery associated with Plaintiff's protected works and product imagery.

39. Defendant's conduct was commercial, intentional, and for the purpose of promoting sales through the Etsy marketplace.

40. Defendant's infringement caused harm to Plaintiff, including loss of control over Plaintiff's copyrighted works, commercial harm, diversion of sales, and damage to Plaintiff's market position.

41. Defendant's infringement was willful because Defendant copied Plaintiff's photographs, altered or mirrored at least one photograph, used the photographs commercially, and continued activity after notice of Plaintiff's rights.

## VI. COUNT I — COPYRIGHT INFRINGEMENT
## 17 U.S.C. § 501

42. Plaintiff incorporates all preceding paragraphs.

43. Plaintiff owns valid copyrights in the photographs identified in this Complaint.

44. Defendant copied, reproduced, displayed, distributed, modified, and/or publicly used Plaintiff's copyrighted photographs without authorization.

45. Defendant used Plaintiff's copyrighted photographs in connection with Defendant's Etsy storefront and commercial sales activity.

46. Defendant's unauthorized use violated Plaintiff's exclusive rights under 17 U.S.C. § 106.

47. Defendant is liable for copyright infringement under 17 U.S.C. § 501.

48. Defendant's infringement was willful.

49. Plaintiff is entitled to damages, statutory damages where available, injunctive relief, costs, and other relief authorized by the Copyright Act.

## VII. DOE DEFENDANT AND NEED FOR IDENTIFICATION DISCOVERY

50. Plaintiff does not presently know Defendant's true legal name or service address.

51. Plaintiff has identified Defendant by the Etsy storefront name "SKULLANDCORD."

52. Etsy, Inc. is believed to possess identifying information for Defendant, including account registration information, email addresses, payment information, tax information, seller information, IP logs, physical addresses, and other records sufficient to identify and serve Defendant.

53. Plaintiff intends to move for limited early discovery permitting a subpoena to Etsy, Inc. for information sufficient to identify Defendant and effect service of process.

## VIII. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court enter judgment in Plaintiff's favor and grant the following relief:

A. Declare that Defendant infringed Plaintiff's copyrights;

B. Enter preliminary and permanent injunctive relief prohibiting Defendant from reproducing, displaying, distributing, modifying, selling, advertising, or otherwise using Plaintiff's copyrighted photographs;

C. Order Defendant to remove all infringing photographs and derivative versions from Etsy and any other platform under Defendant's control;

D. Award Plaintiff actual damages and Defendant's profits under 17 U.S.C. § 504(b);

6



**UNITED STATES POSTAL SERVICE** ®

# Certificate of Mailing — Firm

| Name and Address of Sender | TOTAL NO. of Pieces Listed by Sender | TOTAL NO. of Pieces Received at Post Office™ | Affix Stamp Here<br>*Postmark with Date of Receipt.* |
|---|---|---|---|
| Marc Steven Luxemburg<br>c/o 802 E Ave D, Unit 338<br>Copperas Cove, Texas [76522] | 1 | 1 | |
| | Postmaster, per *(name of receiving employee)*<br><br>*Pedro* | | JUN – 1 2026 |

| USPS® Tracking Number<br>Firm-specific Identifier | Address<br>(Name, Street, City, State, and ZIP Code™) | Postage | Fee | Special Handling | Parcel Airlift |
|---|---|---|---|---|---|
| 1. 9589 0710 5270 2593 6455 11<br>DMCA TAKEDOWN NOTICE<br>COPYRIGHT INFRINGEMENT | Etsy, Inc<br>ATTN: Legal Dept / Copyright Agent<br>117 Adams St<br>Brooklyn, N.Y. 11201 | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |

U.S. POSTAGE PAID
COPPERAS COVE, TX
76522 25
JUN 01 26
AMOUNT
**$2.40**
S2324D500825-14

0000

PS Form **3665**, January 2017 (Page ___ of ___ ) PSN 7530-17-000-5549                    See Reverse for Instructions

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery  $

Postmark
Here

JUN - 1 2026

Postage
$

Total Postage and Fees
$

Sent To
ETSY INC ATTN LEGAL DEPT / COPYRIGHT

Street and Apt. No., or PO Box No.
117 ADAMS STREET

City, State, ZIP+4®
BROOKLYN, N.Y. 11201

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

## CERTIFICATE OF SERVICE

I certify that on this 11th day of June, 2026, I filed the foregoing Complaint with the Clerk of Court.

Because Defendant's true legal name and service address are presently unknown, Plaintiff will seek leave to conduct limited early discovery to identify Defendant and effect service.

Date: 11 June 2026

Respectfully submitted,

Marc Steven Luxemburg

Plaintiff Pro Se

c/o 2008 Freedom Lane

Copperas Cove, Texas [76522]

(512) 848-0428

13